UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:05CR355

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD EUGENE GRIFFIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

**THIS MATTER** is before the Court on Defendant's "Motion For Admission Pro Hac Vice" of Mr. William R. Terpening who recently joined the firm of Shumaker, Loop & Kendrick, LLP. The Motion is hereby **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: October 20, 2006

David C. Keesler
United States Magistrate Judge