UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR355

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD EUGENE GRIFFIN | ) | |

THIS MATTER is before the Court upon Defendant's Sentencing Memorandum In Support of Variance (Document #32). Pursuant to Rule 32, the Court hereby gives notice that Defendant's Memorandum may furnish a basis for a variance outside the Sentencing Guidelines. *See United States v. Blatstein*, No. 06-4210 (4th Cir. 2007). The Government is directed to respond to the Defendant's Memorandum before or by May 15, 2007.

IT IS SO ORDERED.

Signed: April 24, 2007

Graham C. Mullen
United States District Judge